No. 591, Misc. MOORMAN v. WISCONSIN ET AL. Supreme Court of Wisconsin. Certiorari denied. Petitioner *pro se*. *John W. Reynolds,* Attorney General of Wisconsin, and *William A. Platz,* Asssistant Attorney General, for respondents.

No. 650, Misc. COACH v. HAND, WARDEN. Supreme Court of Kansas. Certiorari denied.

No. 658, Misc. LOOMIS v. PRIEST, TREASURER OF THE UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin* and *Dallas S. Townsend* for respondent.

No. 687, Misc. LEHMAN v. IOWA ET AL. Supreme Court of Iowa. Certiorari denied. Petitioner *pro se*. *Evan Hulton,* Attorney General of Iowa, for respondents.

No. 728, Misc. VANDERSEE v. CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 742, Misc. McGEE v. RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 748, Misc. STEWART v. UNITED STATES BOARD OF PAROLE ET AL. C. A. 10th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Acting Assistant Attorney General Doar* and *Harold H. Greene* for the United States.

No. 762, Misc. FLANAGAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Acting Assistant Attorney General Foley, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.